UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

CANDICE BOLTON,                                    Case No.: 9:14-bk-01171-FMD
                                                   Chapter 13

           Debtor.
_____/


### DEBTOR'S MOTION TO SELL AND REQUEST FOR FEES

| NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING |||
|---|---|---|
| Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within **21 days from the date set forth on the proof of service** attached to this paper. If you object to the relief requested in this paper, **you must file your objection with the Clerk of Court at United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602**, and serve a copy on: |||
| The Dellutri Law Group, P.A.<br>1436 Royal Palm Square Blvd<br>Fort Myers, FL 33919 | Jon Waage<br>Chapter 13 Trustee<br>P.O. Box 25001<br>Bradenton, FL 34206-5001 | Candice Bolton<br>17180 Frank Road<br>Alva, FL 33920 |
| If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested. |||

COMES NOW the Debtor, by and through undersigned counsel and pursuant to 11 U.S.C. § 363 and Rule 6004 of the Federal Rules of Bankruptcy Procedure, and hereby files this Motion to Sell and states as follows:

1.      The Debtor filed a Chapter 13 Bankruptcy on January 31, 2014.

2.      On the date of filing the Debtor owned 17180 Frank Road, Alva, Florida 33920 (the Asset), more particularly described as W ¾ OF NW1/4 OF SW1/4 AKA W3/4 OF LOT 1 OASK CREEK FARMS.

3.      The Asset was listed on Debtor's Schedule A & D and was on Schedule C.  The estimated value was $599,000.00.

4.      The property is the debtor's homestead.

5.      The buyer(s) is not a friend or relative of the Debtor.

6.      It is in the best interest of the Debtor that this Motion be granted.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court:

1.   Grant this Motion;

2.   Approve the sale of the Asset;

3.   Approve attorney's fees to Debtor's counsel in the amount of $300.00 if there is no hearing held, $400.00 if a hearing is held or in the amount otherwise applied for if an evidentiary hearing is held; and

4.   Grant such other and further relief as this Honorable Court deems necessary and just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished **electronically via CM/ECF** to the persons named below on April 25, 2014:

U.S. Trustee

Jon Waage

All persons receiving notice via CM/ECF

--------------------------And via **U.S. first class mail** to:

Candice Bolton, 17180 Frank Road, Alva, FL 33920

Keith Anderson, President Green Tree Servicing LLC, 1100 Landmark TWRS #345, St. Peter Street, Saint Paul, MN 55102

All creditors on the Court's mailing matrix

                                        THE DELLUTRI LAW GROUP, P.A.
                                        1436 Royal Palm Square Boulevard
                                        Fort Myers, Florida  33919
                                        Phone: (239) 939-0900
                                        Facsimile: (239) 939-0588

                                        /s/David Lampley
                                        David Lampley, Esq.
                                        FBN: 0044408